| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Allen K. Goanue<br><br><br><br>Debtor(s) | Case No. 24-22783 / MBK<br><br>Hearing Date: March 12, 2025  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

**TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN**

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

 **Certification  form debtor as to No home insurance or realtors exisit in Liberia.**
 **- pre conf cert**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

          /s/   Albert Russo
          Albert Russo
          Standing Chapter 13 Trustee
          by: Mary Krieger, Staff Attorney